# Court of Appeals
# of the State of Georgia

ATLANTA,  June 27, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1646. SYLVESTER E. DAVIS v. THE STATE.**

The appellant in this case has failed to comply with the notice of docketing mailed by this Court and with Court of Appeals Rules 13 and 23(a), regarding the filing of an enumeration of errors and brief within twenty days after the appeal was docketed.

This case was docketed by the Court on April 26, 2018. Appellant's enumeration of errors and brief were due on May 16, 2018.  As of the date of this Order, forty-two days after the due date, the Appellant's enumeration of errors and brief still have not been filed.  Accordingly, this appeal is deemed abandoned and is hereby ordered DISMISSED.  Court of Appeals Rule 23(a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/27/2018*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*